# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TRUSTEES OF INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 223 PENSION FUND and TRUSTEES OF INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 223 DEFERRED INCOME FUND, | )<br>)<br>)<br>)<br>)<br>) C.A. No.<br>) |
| Plaintiffs | ) |
| vs. | )<br>) |
| MAUREEN ELECTRICAL, INC., | )<br>) |
| Defendant | ) |

## COMPLAINT

## NATURE OF ACTION

1.      This is an action brought pursuant to Sections 502 and 515 of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. Sections 1132(a)(3) and (d)(1) and 1145 and Section 301 of the Labor Management Relations Act, 29 U.S.C. Section 185 by the trustees of employee benefit plans to enforce the obligations to make contributions and pay interest under the terms of collective bargaining agreements and the plans.

## JURISDICTION

2.      The Court has jurisdiction of this action pursuant to Section 502(a), (e) and (f) of ERISA, 29 U.S.C. Sections 1132(a), (e) and (f), without respect to the amount in controversy or the citizenship of the parties.

## PARTIES

3. The International Brotherhood of Electrical Workers Local 223 (Local 223) is a labor organization within the meaning of Section 301 of the LMRA, 29 U.S. C. Section 185. Local 223 has a principal place of business in Lakeville, MA.

4. The International Brotherhood of Electrical Workers Local 223 Pension Fund ("Pension Fund") is an "employee welfare benefit plan" within the meaning of Section 3(3) of ERISA, 29 U.S.C. Section 1002(3). The Pension Fund provides benefits to members of Local 223.

5. The International Brotherhood of Electrical Workers Local 223 Deferred Income Fund ("Deferred Income Fund") is an "employee welfare benefit plan" within the meaning of Section 3(3) of ERISA, 29 U.S.C. Section 1002(3). The Deferred Income Fund provides benefits to members of Local 223.

6. The Pension Fund and the Deferred Income Fund are multi-employer plans within the meaning of Section 3(37) of ERISA, 29 U.S.C. Section 1002(37). They are hereinafter collectively referred to as "the Funds."

7. Plaintiffs are the trustees of the Funds.

8. Defendant Maureen Electrical, Inc. (hereinafter "Maureen" or "the Employer") is a Massachusetts corporation with a principal office at 20 Aegean Drive, Suite 5, Methuen, Massachusetts, and is an employer engaged in commerce within the meaning of Section 3(5) and (12) of ERISA, 29 U.S.C. Section 1002(5) and (12).

## GENERAL ALLEGATIONS OF FACT

9. On or about August 23, 2010, Maureen executed a Letter of Assent authorizing the Rhode Island and Southeast Mass. Chapter, NECA as its collective

bargaining representative for all matters contained in or pertaining to the current and any subsequent labor agreement between the Rhode Island and Southeast Mass. Chapter, NECA and Local 223.

10. Because of the Letter of Assent, Maureen has been a party to successive collective bargaining agreements ("the Agreements") with Local 223.

11. The Agreements obligate Maureen to make contributions to the Funds for each payroll hour for each person covered by the Agreement, in accordance with the rates set forth therein.

12. Pursuant to the Agreement, Maureen is also obligated to contribute to other funds and to deduct and remit union dues to Local 223. Such payments are initially remitted to the Funds and then distributed to the appropriate entities.

**COUNT I – VIOLATION OF ERISA – DELINQUENT CONTRIBUTIONS**

13. Plaintiffs incorporate by reference each and every allegation set forth in paragraphs 1-12 supra.

14. Maureen performed work under the terms of the Agreements between September, 2010 and April, 2012.

15. Maureen failed to pay all contributions owed for this period and owes the Funds at least $6,015.04 in unpaid contributions and other amounts due, including unremitted union dues, for the period from September, 2010 through April, 2012. Pursuant to the Agreements, Maureen also owes interest on these amounts which continues to accrue through the date of payment.

16. The failure of Maureen to make contributions on behalf of all covered employees as required by the terms of the Agreements violates Section 515 of ERISA, 29 U.S.C. Section 1145.

17. Absent an order from this Court, Maureen will continue to refuse to pay the monies it owes to the Funds, including contributions now due and owing, and the Funds and their participants will be irreparably damaged.

18. A copy of this Complaint will be served upon the Secretary of Labor and the Secretary of the Treasury by certified mail as required by Section 502(h) of ERISA, 29 U.S.C. Section 1132(h).

### COUNT II – VIOLATION OF LMRA – DELINQUENT CONTRIBUTIONS, DUES AND INTEREST

19. Plaintiffs incorporate by reference each and every allegation set forth in paragraphs 1-18 supra.

20. The failure of Maureen to make contributions on behalf of all covered employees, to remit the dues it deducted from its employees' paychecks and to pay interest as required by the terms of the Agreements violates Section 301 of the Labor Management Relations Act, 29 U.S.C. Section 185.

### RELIEF REQUESTED

WHEREFORE, Plaintiffs request this Court to grant the following relief:

a. Order the attachment of the machinery, inventory and accounts receivable of defendant Maureen;

b. Enter a preliminary and permanent injunction enjoining Maureen from refusing or failing to make contributions and pay interest to the Funds;

  c. Enter judgment in favor of the Plaintiffs in the amount of $6,015.04 plus any additional amounts determined by the Court to be owed by Maureen, together with interest on the unpaid contributions, liquidated damages, reasonable attorneys' fees, and costs, all pursuant to 29 U.S.C. Section 1132(g)(2); and

  d. Such further and other relief as this Court deem appropriate.

          PLAINTIFFS,

          TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 223 PENSION FUND, et al.

          By their attorney,

          */s/Randall E. Nash*
          Randall E. Nash
          BBO #546963
          111 Devonshire Street, Fifth Floor
          Boston, MA  02109
          (617) 742-5511
          rnash@attorneyrandallnash.com

Dated: January 29, 2014